| AO 10 Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Santoro, Frank J. | 2. Court or Organization U. S. Bankruptcy Court, EDVA | 3. Date of Report 07/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address 600 Granby Street Norfolk, Virginia 23510 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor of Law | Regent University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Adjunct Professor of Law, Regent University School of Law, Teaching Income | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tidewater Bankruptcy Bar Association | 02/23/2017 to 02/25/2017 | Virginia Beach, VA | To appear at professional education seminar | Food and lodging |
| 2. | Southeastern Bankruptcy Law Institute | 03/29/2017 to 04/01/2017 | Atlanta, GA | To appear at professional education seminar | Transportation, food, and lodging |
| 3. | Northern Virginia Bankruptcy Bar Association | 05/24/2017 to 5/25/2017 | Arlington, VA | To appear at professional education seminar | Lodging and transportation |
| 4. | Virginia CLE | 09/14/2017 to 09/16/2017 | Charlottesville, VA | To appear at professional education seminar | Lodging and transportation |
| 5. | National Conference of Bankruptcy Judges | 10/07/2017 to 10/11/2017 | Las Vegas, NV | To attend annual conference | Loding and transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/13/2018 |

| 6. | Allegheny County Bar Association | 12/07/2017 to 12/08/2017 | Pittsburgh, PA | To appear at professional education seminar | Transportation, food, and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Farm, 1/2 interest, Isle of Wight County, Virginia July 03 | | None | N | W | | | | | |
| 2. | FSNC, LLC, 88% Membership Interest | | None | N | W | | | | | |
| 3. | Geeks on Call, Convertible Preferred Stock | | None | J | W | | | | | |
| 4. | Waterside Capital Corporation | | None | J | T | | | | | |
| 5. | Oakmark Equity and Income Fund Class 1 | D | Int./Div. | | | Sold | 01/09/17 | K | C | |
| 6. | First Eagle Global Fund Class A | D | Int./Div. | L | T | | | | | |
| 7. | Pimco Income Fund Class A | A | Int./Div. | L | T | | | | | |
| 8. | Growth Fund of America Class A | D | Dividend | | | Sold | 02/09/17 | M | E | |
| 9. | IShares Russell 2000 ETF | A | Dividend | K | T | | | | | |
| 10. | IShares Russell 1000 Growth | A | Dividend | K | T | | | | | |
| 11. | ISHares Russell Mid-Cap Growth | A | Dividend | K | T | | | | | |
| 12. | T Rowe Price Global Tech Fund | B | Dividend | M | T | | | | | |
| 13. | Invesco Floating rate Class Fund I | A | Dividend | J | T | | | | | |
| 14. | Accenture | A | Dividend | J | T | | | | | |
| 15. | Alphabet Inc | A | Dividend | J | T | | | | | |
| 16. | Ameriprise | A | Dividend | J | T | | | | | |
| 17. | Becton Dickinson and Co | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Boeing Comppaqy | A | Dividend | J | T | | | | | |
| 19. Cognizant Tech Solutions | A | Dividend | J | T | | | | | |
| 20. Colgate Palmolive | A | Dividend | J | T | | | | | |
| 21. Comcast Corp | A | Dividend | J | T | | | | | |
| 22. CVS Health Corp | A | Dividend | J | T | | | | | |
| 23. Danaher Corp | A | Dividend | J | T | | | | | |
| 24. Ecolab Inc | A | Dividend | J | T | | | | | |
| 25. Facebook Inc Class A | A | Dividend | J | T | | | | | |
| 26. Home Depot Inc | A | Dividend | J | T | | | | | |
| 27. Honeywell Inc | A | Dividend | J | T | | | | | |
| 28. Intercontinental Exchange Group | A | Dividend | J | T | | | | | |
| 29. Invesco Lts. | A | Dividend | J | T | | | | | |
| 30. Medtronic | A | Dividend | J | T | | | | | |
| 31. Mylan NV Eur | A | Dividend | J | T | | | | | |
| 32. OReilly Automotive | A | Dividend | J | T | | | | | |
| 33. Paraxel International Corp | A | Dividend | J | T | | | | | |
| 34. Red Hat | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Rockwell Collins | A | Dividend | J | T | | | | | |
| 36. Rockwell Automation Inc | A | Dividend | J | T | | | | | |
| 37. Starbucks Corp | A | Dividend | J | T | | | | | |
| 38. Thermo Fisher Scientific Inc | A | Dividend | J | T | | | | | |
| 39. Time Warner Inc | A | Dividend | J | T | | | | | |
| 40. TJX Companies Inc | A | Dividend | J | T | | | | | |
| 41. United technologies | A | Dividend | J | T | | | | | |
| 42. Walt Disney Company | A | Dividend | J | T | | | | | |
| 43. Adobe Systems Delaware | A | Dividend | J | T | | | | | |
| 44. Lowes | A | Dividend | J | T | | | | | |
| 45. Advisory Research MLP & Energy Income Fund | B | Dividend | | | Sold | 02/09/17 | J | | |
| 46. Artisan Global Value Fund Class A | A | Dividend | J | T | | | | | |
| 47. Blackrock High Yield Bond | B | Dividend | | | Sold | 05/10/17 | J | | |
| 48. Easton Vance Global Macro | A | Dividend | J | T | | | | | |
| 49. Gotham Absolute Return Institutional Fund | A | Dividend | | | Sold | 06/08/17 | J | | |
| 50. Hartford Schroders Emerging Market Equity Fund | A | Dividend | J | T | | | | | |
| 51. Oppenheimer Senior Floating Rate Class I Bond Fund | A | Dividend | | | Sold | 06/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab US Tips ETF Fund | B | Dividend | | | Sold | 05/10/17 | K | | |
| 53. Virtus Short Term Sector Bond Fund | A | Dividend | J | T | | | | | |
| 54. British American Tobacco | A | Dividend | J | T | | | | | |
| 55. Chubb Ltd. Bond | A | Dividend | J | T | | | | | |
| 56. Coca Cola | A | Dividend | J | T | | | | | |
| 57. Crane Company | A | Dividend | J | T | | | | | |
| 58. Diageo PLC | A | Dividend | J | T | | | | | |
| 59. Exxon Mobil | A | Dividend | | | Sold | 02/10/17 | J | | |
| 60. Intel Corp | A | Dividend | J | T | | | | | |
| 61. Johnson Controls | A | Dividend | | | Sold | 02/10/17 | J | | |
| 62. Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 63. Marsh & McClennan | A | Dividend | J | T | | | | | |
| 64. McDonalds Corp | A | Dividend | J | T | | | | | |
| 65. Microsoft Corp | A | Dividend | J | T | | | | | |
| 66. Nextera Energy Inc | A | Dividend | J | T | | | | | |
| 67. Nordstrom Inc | A | Dividend | | | Sold | 05/10/17 | J | | |
| 68. Novartis | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Pepsico Inc | A | Dividend | J | T | | | | | |
| 70. Praxair | A | Dividend | J | T | | | | | |
| 71. Texas Instruments | A | Dividend | J | T | | | | | |
| 72. Union Pacific Corp | A | Dividend | J | T | | | | | |
| 73. VF Corp | A | Dividend | J | T | | | | | |
| 74. American Funds U S Money Market Class A | D | Dividend | O | T | | | | | |
| 75. American Growth & Income | C | Dividend | L | T | Buy | 11/02/17 | L | | |
| 76. American Growth | D | Dividend | M | T | Buy | 08/01/17 | M | | |
| 77. American Global Growth | C | Dividend | L | T | Buy | 05/10/17 | L | | |
| 78. Ameriprise Financial | A | Dividend | J | T | Buy | 01/24/17 | J | | |
| 79. Blackrock Inc. | A | Dividend | J | T | Buy | 01/24/17 | J | | |
| 80. Mondelez Interntl | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 81. Parker Hannifin | A | Dividend | J | T | Buy | 09/19/17 | J | | |
| 82. Schlumberger | A | Dividend | J | T | Buy | 09/19/17 | J | | |
| 83. Harding Loevner Intrntl Equity | A | Dividend | J | T | Buy | 04/12/17 | K | | |
| 84. Ashmore Emerging Markets | A | Dividend | J | T | Buy | 10/20/17 | J | | |
| 85. Pioneer Multi Asset Ultrashort Income Fund | C | Dividend | K | T | Buy | 08/03/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/13/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Blackrock Event Driven Equity Fund | B | Dividend | K | T | Buy | 10/20/17 | K | | |
| 87. Legg Mason Class 1 | A | Dividend | J | T | Buy | 04/12/17 | J | | |
| 88. Riverpark Opportunity Fund | A | Dividend | K | T | Buy | 10/20/17 | K | | |
| 89. Blackrock Multi Asset | B | Dividend | K | T | Buy | 04/12/17 | K | | |
| 90. JP Morgan Income Builder | B | Dividend | K | T | Buy | 04/12/17 | K | | |
| 91. Chevron | A | Dividend | J | T | Buy | 01/24/17 | J | | |
| 92. Johnson & Johnson | A | Dividend | J | T | Buy | 07/06/17 | J | | |
| 93. Suncor Energy | A | Dividend | J | T | Buy | 02/10/17 | J | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Santoro, Frank J. | 07/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

Holdings in lines 74 through 78 inclusive are mutual funds maintained at Davenport and Company.
Holdings in lines 5 through 13 inclusive, 46, 48, 50, and 83 through 90 inclusive are mutual funds maintained at UBS.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank J. Santoro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544